# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY SHEARER : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| SHIRLEY R. MOORE SMEAL; THE DISTRICT : | |
| ATTORNEY OF THE COUNTY OF PHILADELPHIA; : | NO. 11-5315 |
| THE ATTORNEY GENERAL OF THE STATE OF : | |
| PENNSYLVANIA : | |

## ORDER

AND NOW, this 21st day of July, 2015, upon consideration of petitioner's "Independent Action Rule 60(d)(1)-(3)" motion, respondent's "Response to Motion for Extraordinary Relief," and petitioner's "Reply to Respondent's Reply to Independent Action," and for the reasons set forth in the accompanying memorandum of today's date, it is **ORDERED** that:

1. Petitioner's "Independent Action Rule 60(d)(1)-(3)" motion (paper no. 43) is **DENIED**.

2. A certificate of appealability will not be granted.

*/s/ Norma L. Shapiro*
J.