IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY SHEARER,

      v.

SHIRLEY R. MOORE SMEAL; THE DISTRICT
ATTORNEY OF THE COUNTY OF
PHILADELPHIA; THE ATTORNEY GENERAL
OF THE STATE OF PENNSYLVANIA,

CIVIL ACTION
NO. 11-5315

**ORDER**

    **AND NOW**, this  26th  day of January, 2017, upon consideration of Petitioner's

"Hazel-Atlas Motion" (Docket No. 58) and "Supplemental Amended Hazel-Atlas

Motion" (Docket No. 61), it is hereby **ORDERED** as follows:

1. Petitioner's motions are **DENIED**;

2. A certificate of appealability will not be granted.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**